IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GALPERN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BERKELEY, et al.,<br><br>　　　　Defendants<br>_____/ | No. C-10-4689 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

　　　　By order filed October 18, 2010, the parties and counsel were ordered to hold, no later than January 26, 2011, a joint inspection of the premises at issue herein. (See Scheduling Order for Cases Asserting Denial Of Right to Access Under ADA.) Further, plaintiff was ordered to file a Notice of Need for Mediation no later than 45 days after the joint site inspection. (See id.) To date, plaintiff has not filed a Notice of Need for Mediation.

　　　　Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than April 15, 2011, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiff files, by April 15, 2011, a Notice of Need for Mediation, this order will be discharged.

　　**IT IS SO ORDERED.**

Dated: March 30, 2011

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge